UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Taylor Corporation**, a Minnesota corporation, and **Travel Tags, Inc.,** a Minnesota corporation,

Plaintiffs,

vs.

**Microthin.com, Inc.**, an Illinois corporation,

Defendant.

---

Court File No. 01-CV-762 (PAM/JGL)

***AMENDED***
**STIPULATION**

The parties hereby stipulate, through their undersigned counsel, that Defendant Microthin.com, Inc. shall have until **Monday, July 2, 2001**, to answer or otherwise respond to Plaintiffs' Complaint.

Dated: May 29, 2001

Leonard Street & Deinard, P.A.

By ______________________
Douglas B. Greenswag (#0150186)
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
612/335-1500

**ATTORNEYS FOR PLAINTIFFS**

*and*

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: May 25, 2001

MASLON EDELMAN BORMAN & BRAND LLP

By ______________________
Alain M. Baudry (#186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612/672-8200
Facsimile: 612/672-8397

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED.**

Date: May 29, 2001

*By the Court:*

______________________
Jonathan G. Lebedoff
Magistrate Judge
United States District Court

*144693*