137819

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-762 (PAM/JGL) Case Title: Taylor Corp., et al. v. Microthin.com, Inc.

Affidavit of Movant

I, Alain M. Baudry, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael L. Hahn, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ~~(plaintiff)~~ defendant Microthin.com, Inc. in the case~~(s)~~ listed above. I am aware that the local rules of this court require that I participate in the presentation of the case~~(s)~~ listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 186685 Date: 5-24-01

Affidavit of Proposed Admittee

I, Michael L. Hahn, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Michael L. Hahn Signature: [signature] Date: 5/25/01

Attorney License Number: 6229385

Law Firm Name & Address: Bollinger, Ruberry & Garvey
500 West Madison Street - Suite 2300
Chicago, IL 60661

Telephone: (312) 466-8000
Facsimile (312) 466-8001

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: JUN 07 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 07 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK